IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

TOMMY RAY COOLEY                                                       PETITIONER

vs.                                                                    No. 2:09CV75-M-S

LEE COUNTY, et al.                                                     RESPONDENTS

## ORDER TRANSFERRING VENUE

The court, on its own motion, hereby transfers venue of this cause from the Delta Division to the Eastern Division of the United States District Court for the Northern District of Mississippi.

SO ORDERED this, the 23rd day of April, 2009.

/s/ David A. Sanders
U.S. Magistrate Judge